Nikki l. Wilson (218744)
Sarah Raoof (SBN 329260)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email:     nikki.wilson@jacksonlewis.com
           sarah.raoof@jacksonlewis.com

Attorneys for Defendant NOVA SOUTHEASTERN UNIVERSITY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY MACK, an individual,<br><br>                Plaintiffs,<br><br>  vs.<br><br>NOVA SOUTHEASTERN UNIVERSITY, a Private Nonprofit Corporation; MICHELE WOLFMAN, Professor; DONNA HILLIER, Program Manager; KAREN GROSBY, Dean: JENNIFER WILSON, Director of Disability Services; GEORGE HANBURY, President; BENJAMIN JOHNSON, Chief Judicial Officer; RODNEY DORVAL, Case Manager; KATIE TENNANT, Case Manager; JENNIFER RAMOS, Chief of Staff; SHARI SAPERSTEIN, Vice President of Student Affairs; BRAD WILLIAMS, Senior Vice President of Student Affairs; DENISE CARRAZCO, Graduate Administrative Assistant; DANIELLE MILLEN, Professor; STEPHANIE AKL, Professor,<br><br>                Defendants. | CASE NO.: **'24CV1120 CAB VET**<br><br>*[Transferred from San Diego County Superior Court Case Number* 37-2024-00019680-CU-MC-CTL*]*<br><br>**DEFENDANT NOVA SOUTHEASTERN UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT**<br><br>State Court Complaint filed: 04/29/2024<br>Trial Date: Not Assigned |

| CASE NO. | 1 | CORPORATE DISCLOSURE STATEMENT |
|---|---|---|

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant NOVA SOUTHEASTERN UNIVERSITY ("NSU") hereby makes its disclosures pursuant to Federal Rules of Civil Procedure 7.1(a).

Defendant is a Florida non-profit corporation. The principal place of business for all of Defendant's corporate operations is in Fort Lauderdale, Florida. It does not have any parent corporation and there are no other entities that maintain any ownership over it.

Dated: June 27, 2024                    JACKSON LEWIS P.C.

By: _____
Nikki L. Wilson
Sarah Raoof

Attorneys for Defendant NOVA SOUTHEASTERN UNIVERSITY

4864-0598-7788, v. 1

CASE NO.                              2                       CORPORATE DISCLOSURE STATEMENT