Nikki L. Wilson (SBN 218744)
Sarah Raoof (SBN 329260)
JACKSON LEWIS P.C.
200 Spectrum Center Drive
Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Nikki.Wilson@jacksonlewis.com
Sarah.Raoof@jacksonlewis.com

Attorneys for Defendant
NOVA SOUTHEASTERN UNIVERSITY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY MACK, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>NOVA SOUTHEASTERN UNIVERSITY, a Private-Nonprofit Corporation; MICHELLE WOLFMAN, Professor; DONNA HILLIER, a Program Manager; KAREN GROSBY, Dean; JENNIFER WILSON, Director of Disability Services; GEORGE HANBURY, President; BENJAMIN JOHNSON, Chief Judicial Officer; RODNEY DORVAL, Case Manager; KATIE TENNANT, Case Manager; JENNIFER RAMOS, Chief of Staff; SHARI SAPERSTEIN, Vice President of Student Affairs; DENISE CARRAZCO, Graduate Administrative Assistant; DANIELLE MILLEN, Professor; STEPHANIE AKI, Professor<br><br>  Defendants. | Case No.: 3:24-cv-1120 CAB VET<br><br>Hon. Cathy Ann Bencivengo, Dep. 15A<br><br>**DEFENDANT SOUTHEASTERN UNIVERSITY'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**<br><br>*(Filed concurrently with Memorandum of Points and Authorities and [Proposed] Order)*<br><br>**Hearing Date: August 9, 2024**<br>**Time: 15A**<br><br>*PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT*<br><br>Complaint filed: April 29, 2024<br>Trial Date: Not Set |

1

**TO THE HONORABLE COURT AND PLAINTIFF IN PRO PER:**

**NOTICE IS HEREBY GIVEN** that on August 9, 2024, in Courtroom 15A of the United States District Court for the Southern District of California, Defendant NOVA SOUTHEASTERN UNIVERSITY ("Nova") shall, and hereby does, bring this Motion to Strike Plaintiff LINDSEY MACK's request for attorney's fees, punitive damages, and emotional distress damages in the Complaint ("Motion"), pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

This Motion to Strike is brought on the ground that punitive damages and emotional distress damages are not recoverable under Section 504 or the Rehabilitation Act or the Americans with Disabilities Act. Additionally, as argued in Nova's accompanying Motion to Dismiss, Plaintiff's due process claims are not actionable as to Nova. Further, Plaintiff's claims tort claims fail to state a claim upon which relief can be granted. Finally, Plaintiff has brought this lawsuit in pro per and is not entitled to attorney's fees. Thus, Plaintiff's request for attorney's fees, punitive damages, and emotional distress damages are immaterial, impertinent, and should be stricken.

This Motion to Strike is based upon this Notice of Motion and Motion to Strike, the Memorandum of Points and Authorities in Support, and upon such other documents, evidence, and oral argument that may be made in support of this Motion, as this Court may permit.

DATED: July 3, 2024                        JACKSON LEWIS P.C.

By: */s/ Sarah Raoof*
    Nikki L. Wilson
    Sarah Raoof

    Attorneys for Defendant
    NOVA SOUTHEASTERN UNIVERSITY

4878-9148-1293, v. 1